IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Vincent Earl Meukel, Sr., | : | Bankruptcy Case No. 21-70242-JAD |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Vincent Earl Meukel, Sr. | : | Doc. No. _____ |
| | : | Related to Doc. 35 |
| Movant | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | Hearing Date/Time: December 16, 2021 |
| Respondent | : | 3:00 p.m. |

**CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO PLAN, TOGETHER WITH PROPOSED AMENDED CHAPTER 13 PLAN DATED NOVEMBER 8, 2021,**

I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below **AND** on the attached list on **November 8, 2021.**

The type of service made on the parties was United States Mail, First-Class Service, postage prepaid and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by First-Class Mail:**

All parties on the attached Clerk's Mailing Matrix.

**Service by NEF:**
Office of the Chapter 13 Trustee    - cmecf@chapter13trusteewdpa.com
Office of the United States Trustee – ustpregion03.pi.ecf@usdoj.gov

Executed on:    November 8, 2021              Forr, Stokan, Huff, Kormanski & Naugle

                                              By: /s/James R. Huff, II
                                              James R. Huff, II, Esquire
                                              Attorney for Debtor/Movant
                                              1701 Fifth Avenue
                                              Altoona, PA    16602
**PAWB Local Form 7 (07/13)**            Pa. I.D. No. 33270

```
Label Matrix for local noticing          First Commonwealth Bank                  LVNV Funding LLC
0315-7                                   McGrath McCall, P.C.                     c/o Resurgent Capital Services
Case 21-70242-JAD                        Four Gateway Center, Suite 1040          PO Box 10587
WESTERN DISTRICT OF PENNSYLVANIA         444 Liberty Avenue                       Greenville, SC 29603-0587
Johnstown                                Pittsburgh, PA 15222-1220
Mon Nov  8 13:46:09 EST 2021

PRA Receivables Management, LLC          Peoples Natural Gas Company LLC          7
PO Box 41021                             GRB Law                                  U.S. Bankruptcy Court
Norfolk, VA 23541-1021                   Frick Building                           5414 U.S. Steel Tower
                                         437 Grant Street, 14th Floor             600 Grant Street
                                         Pittsburgh, PA 15219-6101                Pittsburgh, PA 15219-2703

Dept. of Education/Nelnet                First Commonwealth Bank                  First Commonwealth Bank
P.O. Box 82561                           601 Philadelphia Street                  McGrath McCall, P.C.
Lincoln, NE 68501-2561                   Indiana, PA 15701-3952                   444 Liberty Avenue, Suite 1040
                                                                                  Four Gateway Center
                                                                                  Pittsburgh, PA  15222

(p)PERI GARITE                           First National Bank of Omaha             Home Loan Investment Bank
ATTN CARD WORKS                          c/o BQ & Associates, PC, LLO             1 Home Loan Plaza
101 CROSSWAYS PARK DR W                  14211 Arbor Street, Suite 100            Warwick, RI 02886-1765
WOODBURY NY 11797-2020                   OMAHA, NE 68144-2312

JC Penneys/Synchrony Bank                (p)JPMORGAN CHASE BANK  N A              JPMorgan Chase Bank, N.A.
P.O. Box 965005                          BANKRUPTCY MAIL INTAKE TEAM              s/b/m/t Chase Bank USA, N.A.
Orlando, FL 32896-5005                   700 KANSAS LANE FLOOR 01                 c/o Robertson, Anschutz & Schneid, P.L.
                                         MONROE LA 71203-4774                     6409 Congress Avenue, Suite 100
                                                                                  Boca Raton, FL 33487-2853

LVNV Funding, LLC                        Lowes/Synchrony Bank                     Office of the United States Trustee
Resurgent Capital Services               P.O. Box 965004                          Liberty Center.
PO Box 10587                             Orlando, FL 32896-5004                   1001 Liberty Avenue, Suite 970
Greenville, SC 29603-0587                                                         Pittsburgh, PA 15222-3721

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quicken Loans                            Quicken Loans, LLC
PO BOX 41067                             1050 Woodward Avenue                     635 Woodward Avenue
NORFOLK VA 23541-1067                    Detroit, MI 48226-3573                   Detroit, MI 48226-3408

Robert P. Wendt, Esquire                 Sue Morder Meukel                        Synchrony Bank
Leopold & Associates, PLLC               306 E. Julian Street                     c/o of PRA Receivables Management, LLC
80 Business Park Dr, Ste. 110            Martinsburg, PA 16662-1232               PO Box 41021
Armonk, NY 10504-1704                                                             Norfolk, VA 23541-1021

U.S. Department of Education c/o Nelnet  U.S. Department of Housing               Wells Fargo Bank NV NA
121 South 13th Street, Suite 201         Financial Operations Center              P.O. Box 94435
Lincoln, NE 68508-1911                   52 Corporate Circle                      Albuquerque, NM 87199-4435
                                         Albany, NY 12203-5176

James R. Huff II                         Ronda J. Winnecour                       Vincent Earl Meukel Sr.
Sullivan Forr Stokan & Huff              Suite 3250, USX Tower                    1617 N. Tuckahoe Street
1701 Fifth Avenue                        600 Grant Street                         Bellwood, PA 16617-1547
Altoona, PA 16602-2319                   Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First National Bank of Omaha
P.O. Box 3412
Omaha, NE 68103

JCMCB Card
P.O. Box 15369
Wilmington, DE 19850

Portfolio Recovery Associates
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502


(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Quicken Loans, LLC

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30