**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

  VINCENT EARL MEUKEL, SR.,

         Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
    vs.
VINCENT EARL MEUKEL, SR.,


      Respondents

Case No. 21-70242-JAD

Chapter 13

 Related to
Document No._____63_____

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____8th____ day of ___July___ , 20 26, it is hereby ORDERED, ADJUDGED, and DECREED that,

Breezeline
Attn: Payroll
10785 Marks Way
Miramar,FL 33025

is hereby ordered to immediately terminate the attachment of the wages of VINCENT EARL MEUKEL, SR.,, social

security number XXX-XX-6364.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of

VINCENT EARL MEUKEL, SR.,.

BY THE COURT:

_____ sjk

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
   Debtor(s) Attorney

FILED
7/8/26 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Vincent Earl Meukel, Sr.

Debtor

Case No. 21-70242-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

**Recip ID              Recipient Name and Address**
db                    + Vincent Earl Meukel, Sr., 1617 N. Tuckahoe Street, Bellwood, PA 16617-1547

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

**Name                        Email Address**

Gary W. Darr
                            on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

James R. Huff, II
                            on behalf of Debtor Vincent Earl Meukel  Sr. jhuff@sfshlaw.com

Matthew Fissel
                            on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                            cmecf@chapter13trusteewdpa.com

S. James Wallace
                            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

District/off: 0315-7                                    User: auto                                          Page 2 of 2
Date Rcvd: Jul 08, 2026                              Form ID: pdf900                                 Total Noticed: 1
TOTAL: 6