Certificate Number: 15317-PAW-DE-041198524

Bankruptcy Case Number: 21-70242



15317-PAW-DE-041198524

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 9:23 o'clock AM PDT, Vince Meukel completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 13, 2026                    By:     /s/EJ Borromeo

Name:   EJ Borromeo

Title:   Credit Counselor