IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re:  Vincent Earl Meukel, Sr., | : | Case No. 21-70242-JAD | |
| | : | | |
| Debtor | : | CHAPTER 13 | |
| | : | | |
| Vincent Earl Meukel, Sr., | : | | |
| Movant | : | | |
| Vs. | : | | |
| | : | Document No. _____ | |
| No Respondents, | : | | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    The Debtor is not required to pay any Domestic Support Obligations.

3.    The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.   The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.    On July 14, 2026, at docket number 66, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Debtor Education regarding an Instructional Course in Personal Financial Management*.

This Certification is being signed under penalty of perjury by Debtor having carefully examined and understanding each of the Bankruptcy Code sections referenced in this Certification.

Dated: July 14, 2026              By:____/s/Vincent Earl Meukel, Sr._____
                                           Signature
                                    James R. Huff, II, Esquire_____
                                           Name of Filer - Typed
                                    1701 5th Avenue, Altoona, Pa. 16602_____
                                           Address of Filer
                                    jhuff@sfshlaw.com    (814) 946-4316_____
                                           Email and Phone No. of Filer
**PAWB Local Form 24 (07/13)**       Pennsylvania State I.D. No. 33270_____
                                           Bar I.D. and State of Admission