**Fill in this information to identify the case:**

Debtor 1     **VINCENT EARL MEUKEL, SR.,**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Western District of Pennsylvania**

                             (State)

Case Number    **21-70242JAD**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made    **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   HOME LOAN INVESTMENT BANK

**Court claim no.** (if known):
NC

**Last 4 digits** of any number you use to identify the debtor's account:    3   0   9   8

**Property Address:**    306 E JULIAN STREET
Number     Street

MARTINSBURG           PA    16662
City                          State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☒ Other: Clarification: Paid outside the plan.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____-0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____-0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Ronda J. Winnecour                                    Date   07/30/2026
Signature

Trustee   Ronda J. Winnecour
          First Name          Middle Name          Last Name

Address   CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
          Number     Street

          PITTSBURGH                          PA     15219
          City                                State   ZIP Code

Contact phone   (412) 471-5566          Email   cmecf@chapter13trusteewdpa.com

Debtor 1 **MEUKEL, SR.,**
Name

Case Number **21-70242JAD**

Page 1

# History Of Payments

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---------|------|------|---------|---------------------|--------|
| | | | | Total for Claim Number : | 0.00 |
| | | | | **Total for :** | **0.00** |

### Certificate of Service

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

VINCENT EARL MEUKEL, SR.,
1617 N. TUCKAHOE STREET
BELLWOOD, PA  16617

JAMES R HUFF II ESQ
FORR STOKAN HUFF KORMANSKI & NAUGLE
1701 5TH AVE
ALTOONA, PA  16602

HOME LOAN INVESTMENT BANK
1 HOME LOAN PLAZA STE 3
WARWICK, RI  02886


Dated: 07/30/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee