**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

VINCENT EARL MEUKEL, SR.,

Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
Movant
vs.
No Respondents.

Case No.:21-70242 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/01/2021 and confirmed on 7/13/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 47,418.34 |
| Less Refunds to Debtor | 363.94 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,054.40 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,700.00 | |
| Trustee Fee | 2,290.42 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,990.42 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| HOME LOAN INVESTMENT BANK<br>Acct: 3098 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC<br>Acct: 7241 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUICKEN LOANS LLC<br>Acct: 7241 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK(*)<br>Acct: 3929 | 21,639.09 | 21,639.09 | 1,893.58 | 23,532.67 |
| | | | | 23,532.67 |
| Priority | | | | |
| JAMES R HUFF II ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VINCENT EARL MEUKEL, SR.,<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VINCENT EARL MEUKEL, SR.,<br>Acct: | 155.00 | 155.00 | 0.00 | 0.00 |
| VINCENT EARL MEUKEL, SR.,<br>Acct: | 208.94 | 208.94 | 0.00 | 0.00 |
| SULLIVAN FORR ET AL**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FORR STOKAN HUFF KORMANSKI & NAU<br>Acct: | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| US DEPARTMENT OF EDUCATION<br>Acct: 6364 | 36,041.72 | 11,194.20 | 0.00 | 11,194.20 |
| FIRST NATIONAL BANK OF OMAHA**<br>Acct: 4962 | 12,358.56 | 3,838.45 | 0.00 | 3,838.45 |
| JPMORGAN CHASE BANK NA S/B/M/T CH/<br>Acct: 3646 | 5,519.99 | 1,714.45 | 0.00 | 1,714.45 |
| PORTFOLIO RECOVERY ASSOCIATES LL(<br>Acct: 1467 | 770.70 | 239.37 | 0.00 | 239.37 |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 4,973.89 | 1,544.84 | 0.00 | 1,544.84 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 3222 | | | | |
| | WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6856 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2451 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0676 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1467 | | | | |
| | US DEPARTMENT OF HUD - ALBANY SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SUE MEUKEL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LEOPOLD & ASSOCIATES PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 18,531.31 |

TOTAL PAID TO CREDITORS 42,063.98

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 21,639.09 |
| UNSECURED | 59,664.86 |

Date: 08/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>VINCENT EARL MEUKEL, SR.,<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-70242 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-70242-JAD

Vincent Earl Meukel, Sr. Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 3

Date Rcvd: Aug 26, 2026 Form ID: pdf900 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Earl Meukel, Sr., 1617 N. Tuckahoe Street, Bellwood, PA 16617-1547 |
| 15383079 | | First Commonwealth Bank, McGrath McCall, P.C., 444 Liberty Avenue, Suite 1040, Four Gateway Center, Pittsburgh, PA 15222 |
| 15381507 | + | Robert P. Wendt, Esquire, Leopold & Associates, PLLC, 80 Business Park Dr, Ste. 110, Armonk, NY 10504-1704 |
| 15381508 | + | Sue Morder Meukel, 306 E. Julian Street, Martinsburg, PA 16662-1232 |
| 15381509 | + | U.S. Department of Housing, Financial Operations Center, 52 Corporate Circle, Albany, NY 12203-5176 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 27 2026 02:20:47 | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 02:27:45 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 02:27:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2026 02:22:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15381498 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2026 02:23:00 | Dept. of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 15381500 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 27 2026 02:22:00 | First National Bank of Omaha, P.O. Box 3412, Omaha, NE 68103 |
| 15381499 | + | Email/Text: SAABankruptcy@fcbanking.com | Aug 27 2026 02:22:00 | First Commonwealth Bank, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 15401507 | ^ | MEBN | Aug 27 2026 02:20:08 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor Street, Suite 100, OMAHA, NE 68144-2312 |
| 15381501 | | Email/Text: bankruptcy@shoreham.bank | Aug 27 2026 02:22:00 | Home Loan Investment Bank, 1 Home Loan Plaza, Warwick, RI 02886 |
| 15381502 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 02:27:17 | JC Penneys/Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15381503 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2026 02:27:43 | JCMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15394528 | + | Email/Text: RASEBN@raslg.com | Aug 27 2026 02:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15384386 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 27 2026 02:38:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15381504 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 02:27:01 | Lowes/Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 15381505 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 02:27:32 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 15394291 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 02:27:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15381506 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 27 2026 02:23:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15387111 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 27 2026 02:23:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15381753 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 02:27:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15382201 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2026 02:23:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 15381510 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 27 2026 02:27:25 | Wells Fargo Bank NV NA, P.O. Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| James R. Huff, II | on behalf of Debtor Vincent Earl Meukel Sr. jhuff@sfshlaw.com |
| Matthew Fissel | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

| | |
|---|---|
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6